IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE GLENN,

    Plaintiff,

vs.                                  Case No. 5:02cv158-MMP/WCS

TIMOTHY A. COPELAND,
OFFICER LOPRESTI,
SGT. PALAZZOLO,
SGT. DELANEY F. STOE,
WARDEN HENRY D. ALFORD,
OFFICER M. ROGERS,
and NURSE MARIA HALL,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed a motion for leave to supplement his fifth amended complaint. Docs. 95, 96. Plaintiff's motion asserts that he wishes to supplement his complaint by raising claims and facts which have occurred since the date he originally filed this case. *Id.*

Plaintiff's motion has been reviewed with his proposed amended pleading, doc. 96, attachment, and the fourth amended complaint, doc. 39, which was served on

Defendants in March, 2004.  Doc. 42.  Plaintiff's original complaint raised claims involving excessive use of force on or about November 1, 2001, while Plaintiff was housed at Washington Correctional Institution.  Doc. 39.  That event was complete in itself.  The proposed amended complaint, *see* docs. 95 and 96, seeks to add a claim concerning events which took place during August of 2002.  The events are not connected and most of the Defendants are not the same.

Moreover, Defendants' special report, doc. 65, has previously been construed as a motion for summary judgment, doc. 74, and on September 21, 2004, Plaintiff filed his own motion for summary judgment, doc. 88.  Both motions go under advisement on November 29, 2004.  Doc. 90.  This case which was initiated in April of 2002.  Doc. 1.  It is too late and an improper to add unrelated claims. Should Plaintiff wish to pursue the entirely separate and distinct claims raised in the proposed pleading, docs. 95 and 96, Plaintiff must filed a separate civil rights action.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for leave to file a fifth amended complaint, docs. 95 and 96, be **DENIED** and this case **REMANDED** for consideration of the motions for summary judgment which are pending.

**IN CHAMBERS** at Tallahassee, Florida, on November 10, 2004.


s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 5:02cv158-MMP/WCS