IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMAL CHE GLENN,

    Plaintiff,

v.                                CASE NO. 5:02-cv-00158-MP-WCS

HENRY D ALFORD,
TIMOTHY A COPELAND,
et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 97, Report and Recommendations of the Magistrate Judge, recommending that the plaintiff's motion to file a fifth amended complaint be denied. The plaintiff responded at doc. 107. The Court agrees with the Magistrate Judge that the case has progressed too far for the plaintiff to add the additional claims set out in the proposed fifth amended complaint. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation (doc. 97) is adopted and incorporated herein

    2.    The motion to amend (docs. 95,96) is denied.

    3.    The clerk is directed to remand this case to the Magistrate Judge for further proceedings.

    **DONE AND ORDERED** this  *24th*  day of August, 2005

                              *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge