IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

IN RE:  REASSIGNMENT OF CIVIL CASES       Misc. No._____
_____/

**ADMINISTRATIVE ORDER**

In order to create a pending civil case load for the Honorable Richard Smoak, the Clerk is hereby ORDERED to reassign the following civil case from the Honorable Maurice M. Paul to the Honorable Richard Smoak:

    5:02cv158        Glenn v. Copeland, et al

    DONE AND ENTERED this 16th day of November, 2005.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge