IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMAL CHE GLENN,**

    **Plaintiff,**

vs.                                                    Case No. 5:02cv158-RS/WCS

**TIMOTHY A. COPELAND,**
**OFFICER LOPRESTI,**
**SGT. PALAZZOLO,**
**SGT. DELANEY F. STOE,**
**WARDEN HENRY D. ALFORD,**
**OFFICER M. ROGERS,**
**and NURSE MARIA HALL,**

    **Defendants.**

_____/

**O R D E R**

The extended discovery period granted in this case, *see* doc. 158, will end on December 30, 2005. Most recently, the parties' consented motion to extend discovery, doc. 157, was granted in part and denied in part. Doc. 158. Plaintiff was to have filed a notice with the Court no later than December 15, 2005, if he had not received the discovery sought earlier. Doc. 152. Because nothing has been received from Plaintiff, it is accepted that Plaintiff's discovery issues are resolved.

This case was reassigned to the Honorable Richard Smoak on November 16, 2005.  Doc 160.[1]  This case has been pending since April of 2002, doc. 1, and it should now be scheduled for a trial with District Judge Smoak as is consistent with his trial schedule.  The Clerk of Court shall therefore make that referral expeditiously.

Accordingly, it is **ORDERED** that the Clerk of Court shall refer this file to the assigned District Judge for scheduling the trial.

**DONE AND ORDERED** on December 22, 2005.


s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The parties are reminded to note this change in the case number.

Case No. 5:02cv158-MP/WCS